# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ERIK BENHAM, DEBTOR,** | No. LA CV 15-08472-VBF |
| Appellant, | **FINAL JUDGMENT** |
| v. | |
| DAVID R. HAGEN (Chapter 7 Trustee), | |
| Appellee. | |

Consistent with this Court's contemporaneously issued Order Granting Appellee Hagen's Motion to Dismiss Appeal for Lack of Bankruptcy Appellate Standing and Directing the Entry of Separate Final Judgment, **final judgment in this appeal is hereby entered in favor of appellee David R. Hagen (Chapter 7 Trustee) and against appellant Erik Benham**.

DATED:   Friday, September 30, 2016

*Valerie Baker Fairbank*
_____
    VALERIE BAKER FAIRBANK
  Senior United States District Judge